HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARIO PENALOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARIO PENALOZA,<br><br>          Defendant. | No. Cr. F 10-212 LJO<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

Defendant, MARIO PENALOZA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Karen A. Escobar, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On May 20, 2011, this Court sentenced Mr. Penaloza to 147 months;

3. His total offense level was 37, his criminal history category was I, the resulting guideline range was 210 to 262 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Penaloza was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Penaloza's total offense level has been reduced from 37 to 35, and his amended guideline range is 168 to 210 months. A reduction to a comparable point relative to the new guideline range yields a sentence of 117 months, but he was subject to a mandatory statutory minimum term of 120 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Penaloza's term of imprisonment to a total term of 120 months.

Respectfully submitted,

Dated:  March 5, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Karen A. Escobar*
KAREN A. ESCOBAR
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   March 5, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
MARIO PENALOZA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Penaloza is entitled to the benefit Amendment 782, which reduces the total offense level from 37 to 35, resulting in an amended guideline range of 168 to 210 months. A reduction to a comparable point relative to the new guideline range yields a sentence of 117 months, but he was subject to a mandatory statutory minimum term of 120 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2011 is reduced to a term of 120 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Penaloza shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **March 6, 2015**                    **/s/ Lawrence J. O'Neill**
                                                                                UNITED STATES DISTRICT JUDGE